John Harry GRAJALES, Petitioner–Appellant,

v.

J.E. GUNJA, Warden, Respondent–Appellee.

No. 01–7295.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Dec. 28, 2001.

John Harry Grajales, Pro Se.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

John Harry Grajales appeals the district court's order denying his habeas corpus petition filed under 28 U.S.C. § 2241 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Grajales v. Gunja,* No. CA–01–1673–WMN (D.Md. July 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*